IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERTO CLEMENTE JR., KIMBERLY DSCHUHAN, RYAN NORTON, KAILEE CLEMENTE, THE ROBERTO CLEMENTE JR. FAMILY AGENCY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:22-cv-00056 |

**DEFENDANT ALLSTATE INSURANCE COMPANY'S
APPENDIX OF ADDITIONAL RECORD MATERIALS
IN SUPPORT OF OPPOSITION TO PLAINTIFFS'
<u>PARTIAL MOTION FOR SUMMARY JUDGMENT</u>**

| EXHIBIT | DOCUMENT |
|---|---|
| A | Deposition of William Baldy, November 15, 2023 (previously filed as ECF 106-4) |
| B | Exhibit 18 to Deposition of Kimberly Dschuhan (previously filed as ECF 106-23) |
| C | Deposition of Eric Copenhaver, December 6, 2023 (previously filed as ECF 106-22) |
| D | Deposition of John Tomaino, December 4, 2023 (previously filed as ECF 106-26) |
| E | Rule 30(b)(6) Deposition of Allstate Insurance Company, January 16, 2024 (previously filed as ECF 106-12) |
| F | Declaration of Mark Shokalook, March 18, 2024 |
| G | Text messages between Eric Copenhaver and Kimberly Dschuhan, March 8, 2019 to November 6, 2020; Exhibit 8 to Plaintiffs' Statement of Facts ISO Partial Motion for Summary Judgment (incomplete text message exchange previously filed as ECF 106-17) |
| H | Undated Communication from Eric Ash to Kimberly Dschuhan, RCJ_4763 |
| I | Deposition of Kimberly Dschuhan, October 14, 2023 (previously filed as ECF 106-1) |
| J | Exhibit 19 to Deposition of Kimberly Dschuhan (previously filed as ECF 106-24) |
| K | Exhibit 29 to Deposition of Kimberly Dschuhan (previously filed as ECF 106-28) |
| L | Ex. 8 to Deposition of Eric Copenhaver; Exhibit 7 to Plaintiffs' Statement of Facts in Support of Partial Motion for Summary Judgment, (previously filed as ECF 101-16) |

1

| | |
|---|---|
| M | Rule 30(b)(6) Deposition of Roberto Clemente Jr. Family Agency, January 30, 2024 (previously filed as ECF 106-3) |
| N | Exhibit 10 to Deposition of Kimberly Dschuhan (previously filed as ECF 106-7) |
| O | Exhibit 14 to Deposition of Kimberly Dschuhan (previously filed as ECF 106-10) |
| P | Exhibit 12 to Deposition of Kimberly Dschuhan (previously filed as ECF 106-9) |
| Q | Deposition of Rebecca Devenney (Kincade), December 13, 2023 (previously filed as ECF 106-32) |
| R | Deposition of Valerie Staudt, December 14, 2023 (previously filed as ECF 106-14) |
| S | Deposition of Justin Young, December 7, 2023 |
| T | Deposition of Roberto Clemente Jr., October 18, 2023 (previously filed as ECF 106-8) |
| U | Deposition of Ryan Norton, November 10, 2023 (previously filed as ECF 106-13) |
| V | Exhibit 15 to Deposition of Roberto Clemente Jr. (previously filed as ECF 106-11) |
| W | Deposition of Kailee Clemente, November 7, 2023 (previously filed as ECF 106-25) |
| X | Exhibit 3 to Rule 30(b)(6) Deposition of Roberto Clemente Jr. Family Agency (DX32) (previously filed as ECF 106-27) |
| Y | Exhibit 6 to Deposition of Kimberly Dschuhan (previously filed as ECF 106-6) |
| Z | ALLSTATE_CLEMENTE_003000-48; Exhibit 16 to Plaintiffs' Statement of Facts ISO Partial Motion for Summary Judgment (previously filed as ECF 101-25) |

Dated:  March 26, 2024

Respectfully submitted,

By: /s/ Alan S. King

RILEY SAFER HOLMES & CANCILA LLP
Alan S. King (admitted *pro hac vice*)
(IL 6198223)
Noreen H. Cull (admitted *pro hac vice*)
(IL 6229417)
Ariel Schepers Wilson (admitted *pro hac vice*)
(IL 6316904)
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone:    312.471.8700
Facsimile:    312.471.8701
aking@rshc-law.com
ncull@rshc-law.com
awilson@rshc-law.com

FISCHER & PHILLIPS LLP
Brian D. Balonick (PA 89272)
Erica G. Wilson (PA 316343)
Six PPG Place, Suite 830
Pittsburgh, PA 15222

Telephone: (412) 822-6633  
Facsimile: (412) 774-6101  
bbalonick@fisherphillips.com  
ewilson@fisherphillips.com  

*Counsel for Defendant Allstate Insurance Company*